IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CODING TECHNOLOGIES, LLC,

    Plaintiff,

v.                                      CIVIL ACTION NO.
                                        1:18-CV-03209-LMM

ELMER'S PRODUCTS INC.,

    Defendant.

## ORDER

On September 23, 2018, the parties in this matter notified the Court that they have reached a settlement in principle and that they intend to file a dismissal with prejudice in the near future [12]. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal with prejudice.[1] The parties are **DIRECTED** to file within SIXTY (60) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 24th day of September, 2018.

                                               LEIGH MARTIN MAY
                                               UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.